## SMITH v. RAMEY.

Court of Appeals of Kentucky.

(Decided March 22, 1935.)

L. J. MAY for movant.

W. K. STEELE and O. T. HINTON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## ESTES, Movant, v. ESTES et al., Opposed.

Court of Appeals of Kentucky.

(Decided April 26, 1935.)

VERNON SHUFFETT for movant.

MILBY, HENDERSON & MILBY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## FIRST NATIONAL BANK OF WILLIAMSON, WEST VIRGINIA, Movant, v. PHILLIPS, Opposed.

Court of Appeals of Kentucky.

(Decided April 23, 1935.)

J. J. MOORE for movant.

A. F. CHILDERS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.